# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | **2:06-cr-180-PMP** |
| ) vs. ) | **ORDER** |
| ) ANTHONY SMITH, ) | |
| ) Defendant. ) | |
| _____) | |

Based upon the United States' unopposed motion to continue the response date, and being fully advised in the premises, and good cause having been shown,

**IT IS HEREBY ORDERED** that the United States' response to the Defendant's "Motion for Sentence Reduction" is **GRANTED**.

The response is now due not later than 5:00 p.m. on November 1, 2011.

**DATED** this 1st day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE