UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CR-00180-PMP-GWF |
| Plaintiff, | |
| vs. | |
| ANTHONY SMITH, | **ORDER** |
| Defendant. | |

Before the Court for consideration is Defendant Smith's Motion for Sentence Reduction Pursuant to the Fair Sentencing Act of 2010 (Doc. #55), filed July 13, 2011.

On August 1, 2001, the Court entered an Order (Doc. #56) directing the Government to file a response by August 22, 2011. On September 1, 2011, the Court granted the Government's Motion to Extend Time to Respond to Defendant's Motion for Reduction (Doc. #60). Nevertheless, the Government has failed to respond. As a result the Government consents to the granting of the relief requested by Defendant Smith.

**IT IS THEREFORE ORDERED that** Defendant Smith's Motion for Sentence Reduction Pursuant to the Fair Sentencing Act of 2010 (Doc. #55) is **GRANTED**.

DATED: November 2, 2011.

_____
PHILIP M. PRO
United States District Judge