UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANTHONY AHERN SMITH, )<br>)<br>Defendant. )<br>_____) | 2:06-cr-180-PMP-GWF<br><br><br>**ORDER** |

The court has ordered that the defendant's "Motion for Sentence Reduction Pursuant to the Fair Sentencing Act of 2010" (#55) be referred to the Federal Public Defender for representation. Therefore;

IT IS HEREBY ORDERED that Federal Public Defender is appointed as counsel for all proceedings regarding the defendant's "Motion for Sentence Reduction Pursuant to the Fair Sentencing Act."

Dated this __ 8th day of November, 2011.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE